IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICK ROMANDETTA,

      Plaintiff,                                No. CIV S-00-0398 DFL CMK P

      vs.

VINCE WALL, et al.,

      Defendants.                        <u>ORDER</u>

_____/

On May 2, 2005, plaintiff filed a motion seeking an extension of time to file and serve objections to the April 7, 2005 findings and recommendations. He also sought "clarification of the findings and recommendations" and a stay of the proceedings "until relevant issues are resolved."

Plaintiff's request for an extension of time to file and serve objections to the findings and recommendations is granted. His requests for "clarification of the findings and recommendations" and a stay of the proceedings is denied.

IT IS ORDERED that:

1. Plaintiff's May 2, 2005 request for an extension of time is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file and serve objections to the April 7, 2005 findings and recommendations.

DATED: May 9, 2005

/s/ **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE