IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICK ROMANDETTA,

      Plaintiff,                    No. 2:00-cv-00398 DFL CMK (PC)

      vs.

VINCE WALL, et al.,

      Defendants.             ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On April 7, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. On May 10, 2005, plaintiff was granted an additional thirty days in which to file objections. Plaintiff has filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire

/////

1

1 file, the court finds the findings and recommendations to be supported by the record and by
2 proper analysis.  In particular, plaintiff's assertion that he could not avail himself of CDC
3 procedures because all of the retaliatory actions were taken by CDF officials is without merit.
4 Plaintiff has sued both CDC and CDF officials and was under the control of the CDC at all times.
5 Plaintiff points to no authority for the proposition that CDC administrative grievance procedures
6 were closed to him because of the involvement of CDF officers.
7  Accordingly, IT IS HEREBY ORDERED that:
8  1. The findings and recommendations filed April 7, 2005, are adopted in full;
9  2. Defendants' October 29, 2004 motion to dismiss is granted and;
10  3. Plaintiff's retaliation claim is dismissed without prejudice for failure to comply
11 with the PLRA's exhaustion requirement.
12 DATED: 9/9/2005

_____
DAVID F. LEVI
United States District Judge

/roma0398.805

2